UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOM HUSSEY PHOTOGRAPHY, LLC<br><br>Plaintiff,<br><br>v.<br><br><br>NEW PARADISE LABORATORIES, INC.<br><br>Defendant. | Case No.: 2:20-CV-2554 (CMR)<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO Fed.R.Civ.P. 41(a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Tom Hussey Photography, LLC and its counsel hereby give notice that the above-captioned action is voluntarily dismissed in its entirety <u>with</u> prejudice against Defendant New Paradise Laboratories, Inc.

Date: December 12, 2020

>  */s/ Emily A. Danchuk*
> Emily A. Danchuk Esq.
> Doniger / Burroughs PC
> 2 Victoria Lane
> Falmouth, ME 04105
> (207) 747-4135
> emily@donigerlawfirm.com
>
> *Attorneys for Plaintiff Tom Hussey Photography, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that I served a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)** upon New Paradise Laboratories, Inc. by mailing a copy of the same to:

> New Paradise Laboratories, Inc.
> 747 Corinthian Avenue
> Philadelphia, PA 19130

Dated: December 12, 2020
Falmouth, Maine

                                        By:    */s/ Emily A. Danchuk*
                                                  Emily A. Danchuk, Esq.